# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORE CONSTRUCTION SERVICES
SOUTHEAST, INC.,**

  **Plaintiff,**

**v.**              Case No:   **6:14-cv-1790-Orl-31KRS**

**CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,**

  **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion to Tax Costs (Doc. 86), filed December 18, 2015.

On March 21, 2016, the United States Magistrate Judge issued a report (Doc. 92) recommending that the motion be granted in part.   No objection to that report was filed.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  The Motion to Tax Costs is **GRANTED in part**.   Defendant is hereby awarded $1,214.94, as set out in the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 15, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party